IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA RIAUBIA, individually and for all persons similarly situated, *Plaintiff*, | : : : : | |
| v. | : : | CIVIL ACTION NO. 16-5150 |
| HYUNDAI MOTOR AMERICA, *Defendant*. | : : : | |

## ORDER

**AND NOW**, this 22nd day of August, 2017, upon consideration of Defendant's Motion to Dismiss (ECF No. 10), Plaintiff's Opposition (ECF No. 16), and Defendant's Reply (ECF No. 20), it is hereby **ORDERED** that said Motion is **DENIED** in accordance with the accompanying memorandum.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. Darnell Jones, II    J.