**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JOSHUA RIAUBIA, : <br> *Individually and On Behalf of* : <br> *All Others Similarly Situated*, : <br> Plaintiff : <br> : <br> v. : <br> : <br> HYUNDAI MOTOR AMERICA, : <br> Defendant : | CIVIL ACTION <br> NO.: 16-5150 |

**ORDER**

AND NOW, this 3rd day of July, 2019, upon consideration of Plaintiff's Unopposed Motion for Certification of Settlement Class, Preliminary Approval of Settlement Class, Appointment of Class Counsel, and Approval of Class Notice (ECF No. 42), Defendant's associated Declaration (ECF No. 43), and Plaintiff's associated Notice (ECF No. 44), it is hereby ORDERED that said Motion is REFERRED to the Honorable Lynne A. Sitarski, United States Magistrate Judge, for disposition pursuant to 28 U.S.C. § 636(b)(1)(A).

BY THE COURT:

/s/ C. Darnell Jones, II
C. DARNELL JONES, II     J.